IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
(KNOXVILLE)

| | | |
|---|---|---|
| MARY THORNE | ) | |
| | ) | |
|     *Plaintiffs,* | ) | Case No. 3:20-CV-00284 |
| | ) | |
| ETHICON, INC., et al. | ) | |
| | ) | |
|     *Defendants.* | ) | |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO STAY

The parties would like to advise the Court that a settlement in principle has been reached in the *Thorne v. Ethicon, Inc., et al* case as part of a larger global settlement in principle involving several hundred plaintiffs. It will likely take several months before the settlement of the *Thorne v. Ethicon, Inc., et al* case will be finalized. As a result, the parties jointly request that the *Thorne v. Ethicon, Inc., et al* case be moved to inactive status and/or that all deadlines and other requirements be stayed, until such time as the settlement can be concluded and the case can be dismissed with prejudice.

In the event the global settlement is not finalized, the parties will promptly inform Your Honor so that it can be restored to the active docket of this Court.

| **KLINE & SPECTER, P.C.** | **BUTLER SNOW LLP** |
|---|---|
| */s/ Christopher A. Gomez* | */s/ Kari L. Sutherland* |
| Christopher A. Gomez | Kari. L. Sutherland |
| Lee Balefsky | Butler Snow LLP |
| Kline & Specter, P.C. | 1200 Jefferson Ave. |
| 1525 Locust Street | Suite 205 |
| Philadelphia, Pennsylvania 19102 | Oxford, MS 38655 |
| Telephone: (215) 772-1000 | Telephone: (662) 513-8002 |
| Chris.gomez@klinespecter.com | Fax: (662) 513-8001 |
| Lee.Balefsky@klinespecter.com | Kari.Sutherland@butlersnow.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Ethicon, Inc. and* |

*Johnson & Johnson*

## CERTIFICATE OF SERVICE

I certify that on November 9, 2020, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service.

    */s/ Kari L. Sutherland*
    KARI L. SUTHERLAND