UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARY THORNE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:20-CV-00284-JRG-HBG ) |
| ETHICON, INC., *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [Doc. 122]. This case is hereby **DISSMISSED with prejudice**. The Clerk of Court is **DIRECTED** to close this case.

So ordered.

ENTER:

                                                                s/J. RONNIE GREER
                                             UNITED STATES DISTRICT JUDGE